THOMAS HOLLOWAY, RESPONDENT, v. BENJAMIN F. STEVENS, APPELLANT.

MOTION for a reargument of an appeal from an order directing the restitution of money collected by the defendant. The case is reported in 1 Hun, 308. The court held that the decision of the case made on the former hearing was correct, except that in the opinion, the words "public policy" were used by mistake instead of the words "policy of the law."

*Titus B. Eldridge*, for the appellant.

*Gray & Davenport*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BARRETT, J., concurred.

Motion denied.